**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BILLY CHANDLER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     **Case No. 06-CV-27-FHM** |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner,** | ) |
| **Social Security Administration,** | ) |
| | ) |
|     **Defendant.** | ) |

## O R D E R

Upon consideration of Defendant's Motion to Reverse and Remand (Doc. 18), to which there is no objection, and for good cause shown, it is hereby ORDERED that the Commissioner's decision regarding eligibility prior to May 1, 2002, be reversed and this case remanded to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Agency's final decision as of May 1, 2002, is hereby affirmed.

Upon remand, the Administrative Law Judge will consider all the medical evidence, including the medical expert's opinion and the opinion of the state Agency consultants regarding assessed limitations prior to May 1, 2002; resolve any inconsistencies in the record; and hold a supplemental or new administrative hearing, if necessary.

DATED this 1st day of September, 2006.

*Frank H. McCarthy*
**FRANK H. McCARTHY**
UNITED STATES MAGISTRATE JUDGE